# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 1, 2014

148031 & (14)

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
        Plaintiff-Appellee,

v

        SC: 148031
        COA: 315263
        Wayne CC: 79-005471-FC

GARY BOYD BRAZZELL,
        Defendant-Appellant.

_____/

      On order of the Court, the application for leave to appeal the November 4, 2013 order of the Court of Appeals is considered, and it is DENIED, because the defendant has failed to meet the burden of establishing entitlement to relief under MCR 6.508(D). The motion to remand is DENIED.



      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 1, 2014



                Clerk

p0325